# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ADVENTIST HEALTH SYSTEM/SUNBELT INC. d/b/a Florida Hospital Medical Center,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　Case No. 6:03-cv-1121-Orl-19KRS

**MEDICAL SAVINGS INSURANCE COMPANY,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR LEAVE TO TAKE DEPOSITION OF NON-PARTY WITNESS BEYOND THE COURT'S DEADLINE FOR DISCOVERY, REQUEST FOR EXPEDITED REVIEW, AND CONTINGENT NOTICE OF RESOLUTION AS TO D.E. 155 (Doc. No. 175)**
>
> **FILED:** April 26, 2005
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:** **PLAINTIFF'S MOTION TO COMPEL NON-PARTY'S COMPLIANCE WITH SUBPOENA FOR DEPOSITION DUCES TECUM AND FOR SANCTIONS AGAINST MEDICAL SAVINGS FOR WILLFUL MISCONDUCT DESIGNED TO OBSTRUCT DISCOVERY (Doc. No. 155)**
>
> **FILED:**     April 18, 2005
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Having considered the response of Defendant Medical Savings Insurance Company to the motion to compel nonparty compliance with a subpoena, doc. no. 165, the matters related to both the motion to compel and the motion for leave to take the deposition beyond the discovery period are fully briefed. It is **ORDERED** that Plaintiff Adventist Health System/Sunbelt, Inc. ("Adventist") may take the deposition of nonparty National Network Services, LLC on May 5, 2005, provided that this deposition is within the ten depositions that Adventist is permitted to take under the rules of the Court. The discovery period is not otherwise extended. This order does not preclude the nonparty from filing motions related to the deposition, as it deems appropriate, but those motions should be filed in the United States District Court from which the subpoena to the nonparty is issued. Adventist shall promptly provide a copy to this order to National Network Services, LLC.

This order, and the pendency of unresolved discovery motions, may not be cited or relied upon to support a request for extension of other deadlines in this case.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties