# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ADVENTIST HEALTH SYSTEM/SUNBELT INC. d/b/a Florida Hospital Medical Center,**

**Plaintiff,**

**-vs-** **Case No. 6:03-cv-1121-Orl-19KRS**

**MEDICAL SAVINGS INSURANCE COMPANY,**

**Defendant.**

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF ADVENTIST HEALTH SYSTEM/SUNBELT, INC. D/B/A FLORIDA HOSPITAL MEDICAL CENTER'S MOTION TO COMPEL RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION TO DEFENDANT (Doc. No. 184)** |
| **FILED:** | **April 29, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff Adventist Health System/Sunbelt, Inc. ("Adventist") seeks to compel Defendant Medical Savings Insurance Company ("Medical Savings") to produce documents and tape recordings responsive to requests 1 and 2 contained in Adventist's Second Request for Production.

Medical Savings did not respond to the motion and the time for doing so has passed. Therefore, I treat the motion as unopposed.

It is **ORDERED** that Medical Savings shall produce for inspection and copying by counsel for Adventist all documents and tape recordings in its possession, custody, or control that are responsive to requests 1 and 2 of Adventist's Second Request for Production. The production shall occur on or before Friday, May 20, 2005, at the offices of counsel for Medical Savings or at such other place as the parties agree.

**DONE** and **ORDERED** in Orlando, Florida on May 17, 2005.

Karla R. Spaulding

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties