# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ADVENTIST HEALTH
SYSTEM/SUNBELT INC. d/b/a Florida
Hospital Medical Center,

                    **Plaintiff,**

-vs-                                                    Case No.  6:03-cv-1121-Orl-19KRS

MEDICAL SAVINGS INSURANCE
COMPANY,

                    **Defendant.**

_____

## ORDER

   This cause came on for consideration without oral argument on the following motions filed

herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S RENEWED VERIFIED MOTION FOR SANCTIONS (Doc. No. 202)** |
| **FILED:** | **May 6, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

---

**MOTION:**    **PLAINTIFF ADVENTIST HEALTH SYSTEM/SUNBELT INC.'S RENEWED MOTION SETTING FORTH PREJUDICE SUFFERED, AND SEEKING SANCTIONS FOR WILLFUL, CONTINUED FAILURE TO COMPLY WITH THE COURT'S ORDERS (Doc. No. 203)**

**FILED:**    **May 6, 2005**

---

**THEREON** it is **ORDERED** that the motion is **DENIED**.

---

**MOTION:**    **PLAINTIFF ADVENTIST HEALTH SYSTEM/SUNBELT INC.'S RENEWED MOTION TO COMPEL NON-PRIVILEGED DOCUMENTS AND A MORE DETAILED PRIVILEGE LOG (Doc. No. 204)**

**FILED:**    **May 9, 2005**

---

**THEREON** it is **ORDERED** that the motion is **DENIED**.

---

**MOTION:**    **PLAINTIFF ADVENTIST HEALTH SYSTEM/SUNBELT, INC.'S SUPPLEMENT TO ITS RENEWED MOTION FOR SANCTIONS FOR WILLFUL, CONTINUED FAILURE TO COMPLY WITH THE COURT'S DISCOVERY ORDER (Doc. No. 208)**

**FILED:**    **May 13, 2005**

---

**THEREON** it is **ORDERED** that the motion is **DENIED**.

In each of the above motions, counsel for the plaintiff, Adventist Health System/Sunbelt, Inc. d/b/a Florida Hospital Medical Center ("Adventist") has stated that it did not engage in the

-2-

conference required by Middle District of Florida Local Rule 3.01(g) because earlier Court orders

permitted filing of the motion.  Doc. No. 202 at 13 n.6; Doc. No. 203 at 12 n.11; Doc. No. 204 at 1

n.1.  Counsel's representation that the Court excused compliance with Rule 3.01(g) when a motion

is permitted by Order of the Court is incorrect.  *See* Doc. No. 257.  Because none of the above-

referenced motions contains a proper Rule 3.01(g) certification, each is due to be denied.

      **DONE** and **ORDERED** in Orlando, Florida on June 6, 2005.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-3-