# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ADVENTIST HEALTH
SYSTEM/SUNBELT INC. d/b/a Florida
Hospital Medical Center,

                Plaintiff,

-vs-                                    Case No.  6:03-cv-1121-Orl-19KRS

MEDICAL SAVINGS INSURANCE
COMPANY,

                Defendant.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO DEFENDANT'S THIRD REQUEST FOR PRODUCTION (Doc. No. 223)** |
| **FILED:** | **May 24, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Discovery closed in this case on April 29, 2005.  Accordingly, this motion is untimely.  The Court will not entertain untimely motions in this case because, among other things, the history of the discovery litigation reflects that the procrastination of counsel in pursuing discovery in this case left them with too little time to complete discovery and litigate discovery issues before the close of

discovery. Counsels strategic decision to schedule discovery late in the case is not good grounds to

enlarge the discovery period.

      **DONE** and **ORDERED** in Orlando, Florida on June 6, 2005.

*Karla R. Spaulding*
           KARLA R. SPAULDING
     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties