# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ADVENTIST HEALTH SYSTEM/SUNBELT INC. d/b/a Florida Hospital Medical Center,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:03-cv-1121-Orl-19KRS**

**MEDICAL SAVINGS INSURANCE COMPANY,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR SANCTIONS FOR DEFENDANT'S WILLFUL FAILURE TO COMPLY WITH THIS COURT'S MAY 17, 2005 ORDER (Doc. No. 222)**
>
> **FILED:** May 23, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Counsel should agree that they have completed a Rule 3.01(g) conference before filing the motion. The parties have unduly burdened the Court with their repeated disagreements about the adequacy of a Rule 3.01(g) conference. If they cannot agree that one has been completed, I may require counsel and a representative of each party to travel to Orlando to sit in a conference room to

confer until they can agree that the good faith conference has been completed.

**DONE** and **ORDERED** in Orlando, Florida on June 6, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties